# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | CR 24-00519-HDV |
| Jerome Franklin, Jr., | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Wednesday, 9/25/2024</u>, at <u>1:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Steve Kim</u>, in Courtroom <u>540</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: September 20, 2024

_____
Steve Kim, U.S. Magistrate Judge