UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| Case No. | 2:24-cr-519-HDV | Date | July 30, 2025 |
|---|---|---|---|
| Title | United States v. Jerome Franklin, Jr. | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:** (IN CHAMBERS) **ORDER DENYING APPLICATION FOR RECONSIDERATION OF DETENTION**

Defendant Jerome Franklin is charged with multiple counts of kidnapping and conspiracy to commit kidnapping. His trial is currently set for December 2025. Since his arrest, he has had multiple detention hearings. At every one, Pretrial Services has found Defendant to be an unsuitable candidate for pretrial release based on risks of both nonappearance and danger to the public. In its most recent report, in anticipation of today's hearing on July 30, 2025, Pretrial Services again recommends pretrial detention despite the additional sureties and other conditions that Defendant has most recently proposed for his release. The Court has reconsidered its prior detention orders based on the arguments of counsel and all papers filed by the parties. Defendant's request for reconsideration is denied.

Unlike the government and Pretrial Services, the Court finds that suitable conditions could be fashioned to reasonably guarantee Defendant's appearance for court proceedings. However, the Court agrees with the government and Pretrial Services that no conditions will reasonably assure the safety of the public if Defendant were released based only on the unsecured bond proposal. The Court bases its finding on the following grounds (in addition to any others made at the hearing):

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| Case No. | 2:24-cr-519-HDV | Date | July 30, 2025 |
|---|---|---|---|
| Title | United States v. Jerome Franklin, Jr. | | |

- ☒ Unsecured bonds insufficient to adequately mitigate risk of danger to the public on the facts of this case.
- ☐ Previous failures to appear.
- ☐ Statutory presumption of detention.
- ☐ No viable employment upon release.
- ☒ Allegations in indictment and weight of evidence (based on probable cause).
- ☐ Substantial ties to foreign country.
- ☐ Length of potential incarceration if convicted.
- ☒ Consistent detention recommendations of Pretrial Services, manifesting unsuitability for even most stringent conditions like home detention and electronic monitoring.
- ☒ Significant and largely uninterrupted decades of criminal history activity involving weapons, ammunition, actual or threatened violence, parole violations, failures to comply with court orders.
- ☒ Pattern of recidivism based on arrests or new crimes committed during parole or other court-ordered terms of supervision. Defendant was on bail in the pending Sacramento case when the events charged in indictment happened.
- ☐ Evidence of past substance use.

In reaching this decision, the Court carefully considered: (a) the nature and circumstances of the offense(s) charged; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. 18 U.S.C. § 3142(g).

IT IS THEREFORE ORDERED that Defendant be detained pending trial.